

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Jesse Alan LeBarron,

Vs. No. 11-20-00024-CR

The State of Texas,

\* From the 441st District Court
of Midland County,
Trial Court No. CR49754.

\* August 31, 2022

\* Memorandum Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction.  Therefore, in accordance with this court's opinion, the appeal is dismissed.